# CRIMINAL COURTROOM MINUTE SHEET
# BOND VIOLATION / REVOCATION HEARING

**DATE:** Aug 11, 2017  
**TIME IN COURT:** 50 mins  
**CASE:** CR-17-118-HE  
**COURTROOM:** 401

**MAGISTRATE JUDGE SHON T. ERWIN**  
**COURTROOM DEPUTY JACOB BUCKLE**

**UNITED STATES OF AMERICA vs.** Susan Michelle Tyson

Defendant States true and correct name as: _____    **AGE:** _____

**Government Cnsl:** Brandon Hale and Will Farrior   **Defendant Cnsl:** Bill Earley for Teresa Brown

**U.S. Probation Officer:** Candice Shane                                  2

☒ Defendant Appears, custody of U.S. Marshal with Counsel    **Interpreter:** _____

☐ Defendant advised of his / her right of consular notification, _____

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Parties announce ready.

| WITNESSES FOR GOVERNMENT | WITNESSES FOR DEFENDANT |
|---|---|
| 1. USPO Candice Shane | 1. |
| 2. | 2. |
| 3. | 3. |

☒ Government introduces evidence with testimony of   1   witness(es) and rests.  
☐ Defendant introduces evidence with testimony of ___ witness(es) and rests.  
☐ Government  ☐ Defendant rest(s) without introducing evidence.  
☐ Government  ☒ Defendant proffer(s) evidence and rests.  
☒ Government  ☒ Defendant make(s) closing statements.

☒ Court finds defendant has violated his/her Conditions of Release.  
☐ Court finds defendant has not violated his/her Conditions of Release.  
☐ Defendant waives Bond Violation hearing freely, voluntarily and intelligently.

## The Court Orders:

☒ Defendant detained. Order of Detention to be entered. Defendant remanded to the custody of USM.

☐ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of USM.

☐ Defendant released on previously posted bond with conditions per Release Order.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of USM pending execution of bond.

☐ Defendant remanded to the custody of USM.

The Court, proceeding under 18 U.S.C. 3142(d)(1)&(2), finds the deft. is currently on release pending the imposition of a sentence for an offense under Federal law, finds the deft. may flee, and finds the deft. may pose a danger to the community.